1    **WO**

2

3

4

5

6                    **IN THE UNITED STATES DISTRICT COURT**

7                        **FOR THE DISTRICT OF ARIZONA**

8

9    Neal Technologies Incorporated,            No. CV-24-00669-PHX-DWL

10                    Plaintiff,                 **ORDER**

11    v.

12    Baxter Auto LLC,

13                    Defendant.

14

15        The parties have filed a stipulation for entry of permanent injunction and dismissal

16    with prejudice.  (Doc. 26.)  Thus, the parties seek a consent decree.  "A consent decree is

17    a hybrid; it is both a settlement and an injunction."  *Conservation Nw. v. Sherman*, 715

18    F.3d 1181, 1185 (9th Cir. 2013); *see also Fed. Trade Comm'n v. Enforma Nat. Prods., Inc.*,

19    362 F.3d 1204, 1218 (9th Cir. 2004) ("[A] consent decree is no more than a settlement that

20    contains an injunction . . . ."); *United States v. State of Or.*, 913 F.2d 576, 580 (9th Cir.

21    1990) ("A consent decree is essentially a settlement agreement subject to continued judicial

22    policing.").

23        Under Ninth Circuit law, "[u]nless a consent decree is unfair, inadequate, or

24    unreasonable, it ought to be approved."  *S.E.C. v. Randolph*, 736 F.2d 525, 529 (9th Cir.

25    1984).

26        The Court has no basis on which to deny the parties' request for a consent decree.

27    *United States v. Denali Water Sols. LLC*, 2025 WL 69918, *2 (D. Ariz. 2025) ("The Court

28    will confess that, because it has had exactly zero involvement overseeing any contested

1  litigation in this case, it is difficult to evaluate whether the proposed consent decree is

2  unfair, inadequate, or unreasonable.  . . . At any rate, in light of the highly deferential

3  standards set forth in *Randolph* and *State of Oregon*, and because nothing on the face of

4  the proposed consent decree seems out of the ordinary, the Court concludes that the

5  standard for approval has been satisfied.").

6        Accordingly,

7        **IT IS ORDERED** that the parties' stipulation for entry of permanent injunction and

8  dismissal with prejudice (Doc. 26) is **granted**.

9        **IT IS FURTHER ORDERED** that the consent decree (Doc. 26-1) is entered as an

10  order of the Court.

11        **IT IS FURTHER ORDERED** that this action is **dismissed with prejudice**, each

12  party to bear its own costs and fees.

13        Dated this 4th day of March, 2025.

14

15

16  _____
                 Dominic W. Lanza
17           United States District Judge

18

19

20

21

22

23

24

25

26

27

28